IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RONALD WILLIAMS-EL,              )
                                 )
            Plaintiff,           )
                                 )
      v.                         )      No.  13 C 3769
                                 )
CITY OF CHICAGO SOUTHSIDE        )
POLICE DEPARTMENT, et al.,       )
                                 )
            Defendants.          )

MEMORANDUM ORDER

This Court's May 28, 2013 memorandum order ("Order")
explained why the dismissal of this pro se action by Ronald
Williams-EL ("Williams-EL") was called for, and it so ordered.
Now, just short of two months later, Williams-EL has filed a
hand-printed document captioned "Motion to Extend Time" that, if
anything, is even more impenetrable than his original Complaint.
In any event (1) the motion is clearly untimely in terms of Fed.
R. Civ. P. ("Rule") 59(e), and (2) no part of Rule 60(b) supports
relief either.  Hence Williams-EL's motion is denied out of hand.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 24, 2013